# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| STANTON J. THOMPSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 10-1172 |
| | ) |
| CIRCUIT BREAKER ILLINOIS DEPARTMENT ON AGING, DEPARTMENT OF AGING, PATRICK QUINN, | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

On December 30, 2010, a Report & Recommendation was filed by Magistrate Judge Byron G. Cudmore in the above captioned case. More than fourteen (14) days have elapsed since the filing of the Report & Recommendation, and no objections have been made. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); Lockert v. Faulkner, 843 F.2d 1015 (7th Cir. 1988); and Video Views, Inc. v. Studio 21, Ltd., 797 F.2d 538, 539 (7th Cir. 1986). As the parties failed to present timely objections, any such objections have been waived. Id.

The relevant procedural history is sufficiently set forth in the comprehensive Report & Recommendation of the Magistrate Judge. Suffice it to say that Plaintiff has brought this litigation alleging that Defendants wrongfully denied him $995 in benefits under the Illinois Circuit Breaker Act. *See* 320 ILCS 25/1 *et seq*. Defendants filed a Motion to Dismiss [#8] Plaintiff's claim on the following grounds: (1) failure to state a federal claim; (2) governmental immunity; and (3) the tolling of the statute of limitations. The Court concurs with the recommendation that Plaintiff's

Complaint [#1] be dismissed for failure to state a federal claim as the Illinois Circuit Breaker Act does not create a right to sue under federal law.[1]

Accordingly, the Court now adopts the Report & Recommendation [#12] of the Magistrate Judge in its entirety. Defendant's Motion to Dismiss [#8] is GRANTED. This matter is now terminated.

ENTERED this  20th  day of January, 2011.

    /s Michael M. Mihm
Michael M. Mihm
United States District Judge

---

[1] As the case is dismissed under this argument, the Magistrate Judge did not discuss any of Defendants' other arguments, and this Court will do the same.